UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Keishanna George. | ) | CIVIL ACTION |
| | ) | |
| | ) | Docket No.    2:24-cv-02854 |
| Plaintiff, | ) | |
| v. | ) | District Judge: |
| | ) | JANE TRICHE MILAZZO |
| Housing Authority of New Orleans, | ) | |
| | ) | Magistrate Judge: |
| Defendant. | ) | DONNA PHILLIPS CURRAULT |

**OPPOSED MOTION TO STAY BRIEFING ON 12(b)(6) MOTION UNTIL JURISDICTION IS DETERMINED**

Plaintiff Keishanna George moves that the Court stay briefing and review of Defendant's 12(b)(6) motion because a serious issue has been presented as to whether the court has jurisdiction over this case removed from state court:

1. This case was originally filed in state court.

2. The petition does not cite any federal law or regulation. *See* ECF 1-2.

3. On December 9, a Section of this Court ruled on another case the Housing Authority had removed with claims overlapping the claims made in this case. *Current v. Hous. Auth. of New Orleans*, No. 24-1883, 2024 WL 5041175 (E.D. La. Dec. 9, 2024).

4. The Court found no substantial, contested issue of federal law was as issue and remanded the case to state court for lack of federal jurisdiction.

5. Nonetheless two days later the same HANO counsel removed this case from state court, though its petition does not even cite to federal law. ECF 1-1.

1

6. On December 17, Plaintiff filed a motion to remand this case to state court for lack of federal jurisdiction. ECF 7.

7. Before briefing that motion, Defendant has chosen to file a 12(b)(6) motion to dismiss. ECF 13.

8. Until the Court establishes it has jurisdiction, it cannot proceed to considering the 12(b)(6) motion.

9. If the case is remanded to state court, the issues on a motion to dismiss (state court exception) will differ, as the issues in the 12(b)(6) primarily concerns the failure of the state court petition to state a claim under federal law, an issue that will be immaterial in state court.

Therefore, the Plaintiff respectfully moves that the Court:

Stay the 12(b)(6) proceedings until it is determined whether the Court has jurisdiction.

Alternatively, if this motion is denied, Plaintiff requests one week to prepare and submit its opposition.

**Defendant's counsel opposes this motion.**

                                      Respectfully submitted,

                                      SOUTHEAST LOUISIANA LEGAL SERVICES

                                      By:_____/s/ David Williams_____
                                      David Williams, LSBA # 17867
                                      1340 Poydras St. Suite 600
                                      New Orleans, Louisiana 70112
                                      Telephone: (504) 529-1063

dwilliams@slls.org

*Attorneys for Plaintiff*

**Certificate of Service**

    I hereby certify that on January 8, 2025, I electronically filed this Motion and attachments using the Court's CM/ECF system, which will automatically send copies to all counsel of record. There are no parties unrepresented by counsel and not being served through the CM/ECF system.

/s/ David Williams