# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Keishanna George. | ) CIVIL ACTION |
| Plaintiff, | ) Docket No.   2:24-cv-02854 |
| v. | ) District Judge: |
| Housing Authority of New Orleans, | ) JANE TRICHE MILAZZO |
| Defendant. | ) Magistrate Judge: |
| | ) DONNA PHILLIPS CURRAULT |

## **ORDER**

Considering Plaintiff's motion to stay (Rec. 14) and the pending motion to remand for lack of subject matter jurisdiction (Rec. 7),

IT IS ORDERED that proceedings on Defendant's Motion to Dismiss (Rec. 13) are stayed.

IT IS FURTHER ORDERED that if the Court denies the motion to remand, the Submission date for the Motion to Dismiss (Rec. 13) shall be the first civil submission date available on the Court's posted Hearing Dates calendar, unless otherwise ordered by this Court.

IT IS FURTHER ORDERED that Plaintiff's counsel shall notify chambers and Defendant's counsel that the Motion to Dismiss is to be submitted on that date.

Signed in New Orleans, Louisiana, this ___ day of _____, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1