UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEISHANNA GEORGE, ) | |
| ) | |
| Plaintiff, ) | Docket No. 2:24-cv-02854-JTM-DPC |
| v. ) | |
| ) | District Judge: |
| HOUSING AUTHORITY OF NEW ) | Hon. Jane Triche Milazzo |
| ORLEANS, ) | |
| ) | Magistrate Judge: |
| Defendant. ) | Donna Phillips Currault |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE will be submitted to the Honorable Judge Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130, on January 29, 2025, at 9:30 a.m.

Respectfully submitted,

SOUTHEAST LOUISIANA LEGAL SERVICES

By:_____/s/ David Williams_____
David Williams, LSBA # 17867
1340 Poydras St. Suite 600
New Orleans, Louisiana 70112
Telephone: (504) 529-1063
dwilliams@slls.org

*Attorneys for Plaintiff*

1