UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KEISHANNA GEORGE**  **CIVIL ACTION**

**VERSUS**  **NO. 24-2854**

**HOUSING AUTHORITY
OF NEW ORLEANS**  **SECTION: "H"**

## ORDER

Considering the Court's Order continuing the submission date for Defendant's Motion to Dismiss (Doc. 18);

**IT IS ORDERED** that Plaintiff's Motion to Stay Proceedings on Plaintiff's Motion to Dismiss (Doc. 17) is **MOOT**.

New Orleans, Louisiana this 17th day of January 2025.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**